AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |  |
|---|---|---|---|
| Albert Neil North | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 3:20-03952-JMC |
| | ) | | |
| | ) | | |
| Dorn VA Hospital, a/k/a VA Dorn Hospital, and Department of Veterans Torts Law Group | ) | | |
| *Defendants* | | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff take nothing of the Defendants and this action is dismissed without prejudice pursuant to Rule

41(b) of the FRCP.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The issues having been
reviewed by the Honorable Shiva V. Hodges, United States Magistrate Judge, who recommended in her Report and
Recommendation that this case be dismissed.

Date: September 7, 2021

*CLERK OF COURT*

s/Angie Snipes
_____

*Signature of Clerk or Deputy Clerk*